379 A.2d 614

Commonwealth v. Vosburg, Appellant.

Submitted October 8, 1976. Joseph T. McGraw, Assistant Public Defender, for appellant; Howard M. Spizer, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 615

Commonwealth v. Wadley, Appellant.

Submitted April 11, 1977. Richard S. Ombres, and Perr, Ziegler & Ombres, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.